UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**REGINALD M. SCOTT,**
        **Plaintiff,**

    v.                                        Case No. 25-cv-798

**MILWAUKEE COUNTY BOARD OF SUPERVISORS, et al.,**
        **Defendant.**

---

## ORDER

On August 12, 2025, Magistrate Judge William E. Duffin issued a decision recommending that the plaintiff's complaint be dismissed. The decision was served on the parties that same day. Under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), the parties had 14 days to file written objections to the order. On August 29, 2025, I granted plaintiff's motion for extension of time to respond to the report and required that plaintiff file a response by September 26, 2025. To date, no party has filed an objection. For this reason, I will accept the recommendation in full.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report and Recommendation (ECF No. 15) is **ACCEPTED**. For the reasons stated in the report and recommendation, plaintiff's complaint is **DISMISSED**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2025.

                                                /s/ Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge